UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS IVESTER PEETS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT W. FOX, Warden,<br><br>Respondent. | Case No. 17-05275 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR ENLARGMENT OF TIME TO FILE AN OPPOSITION**<br><br>(Docket No. 14) |

Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. On February 10, 2018, the Court ordered Respondent to file with the Court and serve upon Petitioner a motion to dismiss the petition as untimely, or a notice that Respondent is of the opinion that a motion to dismiss is unwarranted, within fifty-six days of the date this order is filed. (Docket No. 8.) Respondent filed a motion to dismiss on May 15, 2018. (Docket No. 13.) Petitioner has filed a motion requesting a forty-five day enlargement of time to file an opposition to Respondent's motion to dismiss. (Docket No. 14.)

Having shown good cause, Petitioner's motion is **GRANTED**. Petitioner shall file an opposition to Respondent's motion to dismiss **no later than August 3, 2018**. Respondent shall file a reply within **fourteen (14) days** after Petitioner's opposition is

filed. The motion shall be deemed submitted as of the date the reply brief is due.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: June 18, 2018

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge