UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS IVESTER PEETS, <br>    Petitioner, <br>   v. <br> ROBERT W. FOX, Warden, <br>    Respondent. | Case No. 17-05275 BLF (PR) <br><br> **JUDGMENT** |

  For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED with prejudice. Judgment is entered accordingly.

  The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: November 14, 2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.17\05275Peets_judgment